IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE   DIVISION

RECEIVED
USDC CLERK, FLORENCE, SC
2020 OCT 13  PM 2:05

DARRELL MEANS )   OCTOBER 08, 2020
      DEFENDANT )
VERSUS )   BENNETTSVILLE, SC
 )
UNITED STATES OF AMERICA )   INCIDENT REPORT # 3377972
 )
 )

I'm writing THE COURTS TO GET RELEIF FOR MY DHO SANCTIONS THAT WERE GIVEN TO ME ON 05-20-2020 AT 0850 HRS. I WAS FOUND GUILTY OF ESCAPE WHICH IS A Prohibited Act Code # 102, BUT IN THIS MATTER MY DUE Process RIGHTS WERE TERRIBLY Violated. First AND FOREMOST I DARRELL MEANS DIDN'T RECEIVE MY INCIDENT REPORT until 15 DAYS LATER WHICH WAS ON MARCH 31st 2020 AT 1:30 PM. According TO BENNETTSville Policy IN THE INMATE HANDBOOK, THE Accused INMATE IS supposed TO RECEIVE INCIDENT REPORT WITHIN 24 HRS OF INCIDENT. At First THE Prison SAID THE REASON THEY DIDN'T SERVE ME MY INCIDENT REPORT WAS BECAUSE THE FBI HAD MY CASE. Well THIS A FACT THAT I'M GOING TO STATE, WHENEVER THE FBI RELEASED ME WHICH WAS ON MARCH 19th 2020, THE Prison THEN WAS Supposed TO SERVE ME MY INCIDENT REPORT WITHIN 24 HRS, THEY FAILED TO DO SO. Also IF THE Prison HAD ME UNDER ANY KIND OF INVESTIGATION I WAS SUPPOSED TO GET A NOTICE OF THIS. THIS IS BOP POLICY! THE NEXT FAULT THAT THEY SAID WAS THAT THEY MISPLACED THE INCIDENT REPORT IN THE LIEUTENANTS OFFICE. THIS IS NOT MY FAULT THAT THEY ARE LAZY & iNCAPABLE OF DOING THEIR JOBS, THE NEXT THING THEY CLAIMED WAS THAT IT WAS A TYPOGRAPHICAL ERROR TO THE REPORT THAT THEY HAD TO CORRECT. IF WE WERE IN society A COURT OF LAW would've DISMISSED THIS CASE WITHOUT PREJUDICE!! THE NEXT DAMAGING THING THAT WAS DONE WAS THAT I WAS SUMMONED TO DHO ON April 8th 2020 ONLY TO BE POSTPONED BECAUSE THEY MESSED UP ONCE AGAIN WHICH is ANOTHER DUE Process Violation. THE DHO OFFICER MR. LUPOTSKY POSTPONED THE HEARING, MIND YOU NOT MY CHARGES would've BEEN DISMISSED THAT DAY. BOP Policy STATES THAT A POST-PONEMENT OR Continuation MUST BE FOR A Good CAUSE (DETERMINED BY DHO) AND

DOCUMENTED ON THE RECORD AND WITH CONSENT AND/OR ACKNOWLEDGEMENT OF THE ACCUSED INMATE. THEY DIDN'T HAVE CONSENT FROM ME, DHO LUPOTSKY DECIDED THIS MATTER UPON HIMSELF. SECTION 4 OF PS 5270.09 FURTHER GOES ON STATING THAT DHO (HEARING STAFF) MAY SUSPEND DISPLINARY PROCEEDINGS FOR A PERIOD "NOT TO EXCEED" TWO CALENDAR WEEKS WHILE UNDER TAKING INFORMAL RESOLUTION. FIRST DHO APPEARANCE April 8th 2020 until MAY 20th 2020 THIS IS WAY PAST TWO WEEKS. THESE ARE ALL PROVEN & RELIABLE FACTS THAT ARE FOUND IN THE BOP POLICY STATEMENTS. Also DHO LUPOTSKY TOLD STAFF MEMBERS THAT THEY NEEDED TO FILL OUT A MEMORANDUM STATING THE CAUSES FOR THEIR MISTAKES. THIS MEMORANDUM WAS SUPPOSED TO BE DONE BEFORE THE DHO HEARING ACCORDING TO POLICY, BUT THIS WASN'T DONE AT ALL. THEN ANOTHER VIOLATION OF MY DUE PROCESS RIGHTS WERE VIOLATED & THAT WAS THAT I DIDN'T GET A UDC HEARING WITHIN A 5 DAY TIME FRAME LIKE I'M SUPPOSED TO ACCORDING TO BOP POLICY. I DIDN'T GET A UDC HEARING UNTIL MARCH 31st 2020 & THEN MY CASE MANAGER MR. LEAMON DIDN'T PULL ME OFF OF RANGE TO UDC ME PRIVATELY LIKE HE'S SUPPOSED TO DO ACCORDING TO BOP POLICY. I ALSO GOT ANOTHER UDC HEARING ON MAY 06th 2020 & WAS ONCE AGAIN DONE IN FRONT OF EVERYONE THIS IS A MAJOR VIOLATION TO MY DUE PROCESS RIGHTS ONCE AGAIN. ON BOTH DATES MARCH 31ST 2020 & MAY 06th 2020 I DIDN'T RECEIVE A COPY OF NEITHER REPORT. FROM THE UDC HEARING. I DARRELL MEANS BEG THE FEDERAL COURTS TO RESOLVE THIS MATTER, BECAUSE I'VE TAKEN THE NECESSARY STEPS TO HANDLE THIS BUT MY PROPER RESPONSES HAVE FELL ON DEAF EARS. MY FIRST ATTEMPT WAS FILING A BP-10 WHICH WENT TO ATLANTA'S REGIONAL FACILITY, THEY NEVER RESPONDED IN THE PROPER TIME FRAME. MY SECOND ATTEMPT WAS TO CENTRAL BP-11 OFFICE IN WASHINGTON, D.C. THEY NEVER RESPONDED BACK NEITHER. MY THIRD ATTEMPT IS THE 4th CIRCUIT COURT, BECAUSE IT HAPPENED IN BENNETTSVILLE, SOUTH CAROLINA. I'M SEEKING TO BE EXONERATED OF THE ESCAPE CHARGE WHICH IS AN (102) OFFENSE. I'M ALSO SEEKING TO GET MY 41 DAYS GOOD TIME CREDIT, 54 DAYS FF NV GOOD TIME CREDIT, 6 months Phone, 6 months Email, 6 months commissary, & 1 year Visit. PLEASE MAKE THIS MATTER CORRECT & FAIR. MAY God BLESS YOU

                                                              DARRELL MEANS